# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAPHAEL HOFFMAN** and **GILA HOFFMAN,**
Appellants,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D20-265

[March 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE17-020618(25).

Timothy H. Crutchfield of Mintz Truppman, P.A., North Miami, for appellants.

Kenneth A. Hall and David T. Burr of Galloway Johnson Tompkins Burr & Smith, PLC, Tampa, and Daniel T. Doyle of Bazinsky Korman & Baler, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***